# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heather L. Lehr<br>**Debtor(s)** | **BK NO. 17-03926 HWV**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                       Respectfully submitted,

                       **/s/ James C. Warmbrodt, Esquire**
                       James C. Warmbrodt, Esquire
                       KML Law Group, P.C.
                       BNY Mellon Independence Center
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106
                       412-430-3594