```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-03926-HWV
Heather L Lehr                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: LyndseyPr          Page 1 of 1              Date Rcvd: Oct 16, 2017
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db             +Heather L Lehr,    700 HILLCREST RD,    York, PA 17403-4112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
              Chad James Julius    on behalf of Debtor 1 Heather L Lehr cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HEATHER L. LEHR  :  CASE NO.: 1:17-bk-03926-HWV
:
:  CHAPTER 13

## ORDER

Upon consideration of the Debtor's Motion for Extension of Time to File Summary of Assets and Liabilities of Certain Statistical Information, Declaration about an Individual Debtor's Schedules, Schedules A-J, Statement of Financial Affairs, Employee income records, statement of current monthly income and Calculation of Commitment Period, Chapter 13 Calculation of your disposable income, Disclosure of Compensation of Attorney for Debtor, and a Chapter 13 Plan.

IT IS HEREBY ORDERED AND DECREED that the deadline for filing the aforementioned documents in the above captioned case is extended to October 16, 2017.

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge
(LP)

Dated: October 16, 2017