```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                         Case No. 17-03926-HWV
Heather L Lehr                                                                 Chapter 13
        Debtor                         CERTIFICATE OF NOTICE
District/off: 0314-1          User: LyndseyPr                Page 1 of 2          Date Rcvd: Oct 18, 2017
                              Form ID: ntnew341              Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db             +Heather L Lehr,    700 HILLCREST RD,    York, PA 17403-4112
4971290        +Aes/slm Trust,    Pob 61047,    Harrisburg, PA 17106-1047
4971292        +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
4971293       #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
4971294        +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
4971296        +Capital One,    General Correspondence,    Po Box 30285,    Salt lake City, UT 84130-0285
4971297        +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
4971301        +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
4971303        +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,     Po Box 790040,
                 Saint Louis, MO 63179-0040
4971305        +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,
                 S Louis, MO 63179-0040
4971306        +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,     Po Box 790040,
                 Saint Louis, MO 63179-0040
4971307        +Comenity Bank/Ashley Stewart,     Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
4971308         Comenity Bank/Bon Ton,    Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
4971309        +Comenity Bank/Fashion Bug,    Po Box 182125,    Columbus, OH 43218-2125
4971310        +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
4971311        +Comenity Bank/Maurices,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
4971313        +Comenity Bank/Victoria Secret,     Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
4971312        +Comenity Bank/nwyrk&co,    220 W Schrock Rd,    Westerville, OH 43081-2873
4971314        +Comenitycapital/boscov,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
4971315       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,      Attn: Bankruptcy,    Po Box 81577,
                 Austin, TX 78708)
4971318        +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
4972125        +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,     Omaha, NE 68197-0002
4971320        +Jh Portfolio Debt Equities LLc,     5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
4971334        +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
4971352        +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
4971353        +United States Senate F,    2750 Eisenhower Ave,    Alexandria, VA 22314-5217
4971354        +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4971291         E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 18 2017 19:06:55      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
4971299        +E-mail/Text: bankruptcy@cavps.com Oct 18 2017 19:07:01      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
4975840         E-mail/Text: mrdiscen@discover.com Oct 18 2017 19:06:20      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4971316        +E-mail/Text: mrdiscen@discover.com Oct 18 2017 19:06:20      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
4975928        +E-mail/Text: DSLBKYPRO@discover.com Oct 18 2017 19:07:07      Discover Student Loans,
                 PO Box 30925,    Salt Lake City, UT 84130-0925
4971317        +E-mail/Text: DSLBKYPRO@discover.com Oct 18 2017 19:07:07      Discover Student Loans,
                 Po Box 30948,    Salt Lake City, UT 84130-0948
4971319         E-mail/Text: cio.bncmail@irs.gov Oct 18 2017 19:06:30      Internal Revenue Service,
                 1111 Constitution Ave,    Washington, DC 20224
4971321        +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 18 2017 19:06:26      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
4971323         E-mail/Text: camanagement@mtb.com Oct 18 2017 19:06:36      M & T Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
4971322         E-mail/Text: camanagement@mtb.com Oct 18 2017 19:06:36      M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
4971324        +E-mail/Text: bnc@nordstrom.com Oct 18 2017 19:06:28      Nordstrom Fsb,    Correspondence,
                 Po Box 6555,    Englewood, CO 80155-6555
4971325        +E-mail/Text: bankruptcynotices@psecu.com Oct 18 2017 19:07:12      P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
4971332         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 19:23:04
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
4971597        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 19:09:29
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4971333        +E-mail/Text: bkdepartment@rtresolutions.com Oct 18 2017 19:06:58      Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
4971335        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:04:03      Syncb Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 965064,    Orlando, FL 32896-5064
4971336        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:04:04      Syncb/wolf Furniture,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
4971337        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:03:52      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4971338        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:03:52      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
```

```
District/off: 0314-1          User: LyndseyPr              Page 2 of 2                  Date Rcvd: Oct 18, 2017
                              Form ID: ntnew341            Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4971339        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:03:39      Synchrony Bank/American Eagle,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4971342        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:03:39      Synchrony Bank/Care Credit,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4971343        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:03:52      Synchrony Bank/Gap,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4971344        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:04:04      Synchrony Bank/Lowes,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
4971346        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:03:52      Synchrony Bank/Sams,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
4971348        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:04:04      Synchrony Bank/Sams Club,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4971350        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:04:04      Synchrony Bank/TJX,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4971351        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 19:03:39      Synchrony Bank/Walmart,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                                  TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
4971295*       +Barclays Bank Delaware,   100 S West St,    Wilmington, DE 19801-5015
4971298*       +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
4971300*       +Cavalry Portfolio Services,    Attn: Bankruptcy Department,    500 Summit Lake Ste 400,
                Valhalla, NY 10595-2322
4971302*       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
4971304*       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                Saint Louis, MO 63179-0040
4971326*       +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
4971327*       +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
4971328*       +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
4971329*       +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
4971330*       +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
4971331*       +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
4971340*       +Synchrony Bank/American Eagle,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4971341*       +Synchrony Bank/American Eagle,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4971345*       +Synchrony Bank/Old Navy,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
4971347*       +Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
4971349*       +Synchrony Bank/Sams Club,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                       TOTALS: 0, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
```
              Chad James Julius    on behalf of Debtor 1 Heather L Lehr cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Heather L Lehr
Debtor(s)

Chapter 13

Case No. 1:17−bk−03926−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: November 30, 2017<br>Time: 12:00 PM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 18, 2017 |