DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN, PA 17313-9242

CHECK DATE    CHECK NO.
9/29/2017

AMOUNT  $  **********

P<sub>AY</sub>  *********************VOID CHECK***************

TO THE ORDER OF  HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,634.15 | FICA | 225.32 | 4,440.89 | 225.32 | 71,780.53 |
| | | | MEDICARE | 52.70 | 1,038.57 | 52.70 | |
| | | | FED TAX | 264.95 | 5,363.41 | .00 | Current Earnings |
| | | | STATE TAX | 111.57 | 2,198.93 | .00 | |
| | | | LOCAL TAX | 36.34 | 716.31 | .00 | 3,634.15 |
| | | | LOC SVC TX | 2.60 | 52.00 | .00 | |
| | | | UC TAX | 2.54 | 50.17 | .00 | |
| | | | RETIREMENT | 272.56 | 5,383.59 | 1,183.64 | Current Net |
| | | | DUES | .00 | 181.88 | .00 | |
| | | | PPO2 EE&CH | .00 | 126.12 | .00 | 0.00 |
| | | | DNTL EE&CH | .00 | 27.72 | .00 | |
| | | | SANTANDER | 100.00 | 2,300.00 | .00 | Pay Period Ending |
| | | | INTEGRITY | 75.00 | 1,125.00 | .00 | |
| TOTALS | 0.00 | 3,634.15 | 1ST NATLBK | 2,490.57 | 46,346.89 | .00 | 9/29/2017 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 5.50 | 0.00 | | | | | Pay Date |
| SICK | 17.50 | 0.00 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 9/29/2017 |
| | | | | | | | Check No |
| | | | Total | 3,634.15 | 69,351.48 | 1,461.66 | |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN, PA 17313-9242

CHECK DATE  CHECK NO.
9/15/2017

PAY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*VOID CHECK\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    AMOUNT  $ \*\*\*\*\*\*\*\*\*\*

TO THE ORDER OF

HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS - PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH |  | 3,634.15 | FICA | 224.54 | 4,215.57 | 224.54 | 68,146.38 |
|  |  |  | MEDICARE | 52.51 | 985.87 | 52.51 |  |
|  |  |  | FED TAX | 261.81 | 5,098.46 | .00 | *Current Earnings* |
|  |  |  | STATE TAX | 111.18 | 2,087.36 | .00 |  |
|  |  |  | LOCAL TAX | 36.22 | 679.97 | .00 | 3,634.15 |
|  |  |  | LOC SVC TX | 2.60 | 49.40 | .00 |  |
|  |  |  | UC TAX | 2.54 | 47.63 | .00 |  |
|  |  |  | RETIREMENT | 272.56 | 5,111.03 | 1,183.64 | *Current Net* |
|  |  |  | DUES | .00 | 181.88 | .00 |  |
|  |  |  | PPO2 EE&CH | 11.00 | 126.12 | 538.87 | 0.00 |
|  |  |  | DNTL EE&CH | 1.54 | 27.72 | 29.58 |  |
|  |  |  | SANTANDER | 100.00 | 2,200.00 | .00 | *Pay Period Ending* |
|  |  |  | INTEGRITY | 75.00 | 1,050.00 | .00 |  |
| TOTALS | 0.00 | 3,634.15 | 1ST NATLBK | 2,482.65 | 43,856.32 | .00 | 9/15/2017 |
| *Leave* | *Balance* | *Taken YTD* |  |  |  |  |  |
| PERSONAL | 5.50 | 0.00 |  |  |  |  | *Pay Date* |
| SICK | 17.50 | 0.00 |  |  |  |  |  |
| UNKNOWN | 0.00 | 0.00 |  |  |  |  | 9/15/2017 |
|  |  |  |  |  |  |  | *Check No* |
|  |  | Total | 3,634.15 | 65,717.33 | 2,029.14 |  |  |

**DALLASTOWN AREA SCHOOL DISTRICT**
**700 NEW SCHOOL LANE**
**DALLASTOWN, PA 17313-9242**

| | CHECK DATE | CHECK NO. |
|---|---|---|
| | 9/1/2017 | |

PAY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*VOID CHECK\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   AMOUNT  $ \*\*\*\*\*\*\*\*\*\*

TO THE ORDER OF:
HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS - PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,634.15 | FICA | 224.54 | 3,991.03 | 224.54 | 64,512.23 |
| | | | MEDICARE | 52.51 | 933.36 | 52.51 | |
| | | | FED TAX | 261.81 | 4,836.65 | .00 | Current Earnings |
| | | | STATE TAX | 111.18 | 1,976.18 | .00 | 3,634.15 |
| | | | LOCAL TAX | 36.22 | 643.75 | .00 | |
| | | | LOC SVC TX | 2.60 | 46.80 | .00 | |
| | | | UC TAX | 2.54 | 45.09 | .00 | Current Net |
| | | | RETIREMENT | 272.56 | 4,838.47 | 1,183.64 | |
| | | | DUES | .00 | 181.88 | .00 | |
| | | | PPO2 EE&CH | 11.00 | 115.12 | 538.87 | 0.00 |
| | | | DNTL EE&CH | 1.54 | 26.18 | 29.58 | |
| | | | SANTANDER | 100.00 | 2,100.00 | .00 | Pay Period Ending |
| | | | INTEGRITY | 75.00 | 975.00 | .00 | |
| TOTALS | 0.00 | 3,634.15 | 1ST NATLBK | 2,482.65 | 41,373.67 | .00 | 9/1/2017 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 5.50 | 0.00 | | | | | Pay Date |
| SICK | 17.50 | 0.00 | | | | | 9/1/2017 |
| UNKNOWN | 0.00 | 0.00 | | | | | |
| | | | | | | | Check No |
| | | | Total | 3,634.15 | 62,083.18 | 2,029.14 | |

```
DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN, PA 17313-9242
```

CHECK DATE: 8/18/2017  
CHECK NO.:  

AMOUNT $ **********

PAY ***************VOID CHECK***************

TO THE ORDER OF:  
HEATHER L LEHR  
700 HILLCREST RD  
YORK, PA  
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS - PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,634.15 | FICA | 224.54 | 3,766.49 | 224.54 | 60,878.08 |
| | | | MEDICARE | 52.51 | 880.85 | 52.51 | |
| | | | FED TAX | 261.81 | 4,574.84 | .00 | Current Earnings |
| | | | STATE TAX | 111.18 | 1,865.00 | .00 | 3,634.15 |
| | | | LOCAL TAX | 36.22 | 607.53 | .00 | |
| | | | LOC SVC TX | 2.60 | 44.20 | .00 | |
| | | | UC TAX | 2.54 | 42.55 | .00 | |
| | | | RETIREMENT | 272.56 | 4,565.91 | 1,183.64 | Current Net |
| | | | DUES | .00 | 181.88 | .00 | |
| | | | PPO2 EE&CH | 11.00 | 104.12 | 538.87 | 0.00 |
| | | | DNTL EE&CH | 1.54 | 24.64 | 29.58 | |
| | | | SANTANDER | 100.00 | 2,000.00 | .00 | Pay Period Ending |
| | | | INTEGRITY | 75.00 | 900.00 | .00 | |
| TOTALS | 0.00 | 3,634.15 | 1ST NATLBK | 2,482.65 | 38,891.02 | .00 | 8/18/2017 |

| Leave | Balance | Taken YTD |
|---|---|---|
| PERSONAL | 5.50 | 0.00 |
| SICK | 17.50 | 0.00 |
| UNKNOWN | 0.00 | 0.00 |

Pay Date: 8/18/2017

Check No:

| | Total | 3,634.15 | 58,449.03 | 2,029.14 |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN, PA 17313-9242

CHECK DATE    CHECK NO.
8/4/2017

PAY ***************VOID CHECK***************    AMOUNT  $ **********

TO THE ORDER OF:
HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS - PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,563.25 | FICA | 220.14 | 3,541.95 | 220.14 | 57,243.93 |
| | | | MEDICARE | 51.49 | 828.34 | 51.49 | |
| | | | FED TAX | 245.42 | 4,313.03 | .00 | |
| | | | STATE TAX | 109.01 | 1,753.82 | .00 | Current Earnings |
| | | | LOCAL TAX | 35.51 | 571.31 | .00 | 3,563.25 |
| | | | LOC SVC TX | 2.60 | 41.60 | .00 | |
| | | | UC TAX | 2.49 | 40.01 | .00 | |
| | | | RETIREMENT | 267.24 | 4,293.35 | 1,070.04 | Current Net |
| | | | DUES | .00 | 181.88 | .00 | |
| | | | PPO2 EE&CH | 11.00 | 93.12 | 538.87 | 0.00 |
| | | | DNTL EE&CH | 1.54 | 23.10 | 29.58 | |
| | | | SANTANDER | 100.00 | 1,900.00 | .00 | Pay Period Ending |
| | | | INTEGRITY | 75.00 | 825.00 | .00 | |
| TOTALS | 0.00 | 3,563.25 | 1ST NATLBK | 2,441.81 | 36,408.37 | .00 | 8/4/2017 |

| Leave | Balance | Taken YTD |
|---|---|---|
| PERSONAL | 5.50 | 0.00 |
| SICK | 17.50 | 0.00 |
| UNKNOWN | 0.00 | 0.00 |

Pay Date
8/4/2017

Check No

| | Total | 3,563.25 | 54,814.88 | 1,910.12 |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN, PA 17313-9242

CHECK DATE 6/9/2017     CHECK NO. 

AMOUNT $ ***********

P<sub>AY</sub> ***************VOID CHECK***************  

TO THE ORDER OF
HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS - PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,563.27 | FICA | 220.52 | 2,648.30 | 220.52 | 42,786.12 |
| | | | MEDICARE | 51.57 | 619.33 | 51.57 | |
| | | | FED TAX | 246.92 | 3,282.50 | .00 | Current Earnings |
| | | | STATE TAX | 109.19 | 1,311.31 | .00 | |
| | | | LOCAL TAX | 35.57 | 427.17 | .00 | 3,563.27 |
| | | | LOC SVC TX | 2.60 | 31.20 | .00 | |
| | | | UC TAX | 2.49 | 29.90 | .00 | |
| | | | RETIREMENT | 267.25 | 3,209.01 | 1,070.05 | Current Net |
| | | | DUES | .00 | 181.88 | .00 | |
| | | | PPO2 EE&CH | 5.01 | 55.11 | 495.99 | 0.00 |
| | | | DNTL EE&CH | 1.54 | 16.94 | 29.58 | |
| | | | SANTANDER | 100.00 | 1,500.00 | .00 | Pay Period Ending |
| | | | INTEGRITY | 75.00 | 525.00 | .00 | |
| TOTALS | 0.00 | 3,563.27 | 1ST NATLBK | 2,445.61 | 26,519.42 | .00 | 6/9/2017 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 2.50 | 2.00 | | | | | Pay Date |
| SICK | 7.50 | 5.50 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 6/9/2017 |
| | | | | | | | Check No |
| | | | Total | 3,563.27 | 40,357.07 | 1,867.71 | |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN, PA 17313-9242

CHECK DATE    CHECK NO.
5/26/2017

AMOUNT    $ 

PAY ******VOID CHECK***************

TO THE ORDER OF    HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS - PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,563.27 | FICA | 220.52 | 2,427.78 | 220.52 | 39,222.85 |
| | | | MEDICARE | 51.57 | 567.76 | 51.57 | |
| | | | FED TAX | 246.92 | 3,035.58 | .00 | Current Earnings |
| | | | STATE TAX | 109.19 | 1,202.12 | .00 | 3,563.27 |
| | | | LOCAL TAX | 35.57 | 391.60 | .00 | |
| | | | LOC SVC TX | 2.60 | 28.60 | .00 | |
| | | | UC TAX | 2.49 | 27.41 | .00 | |
| | | | RETIREMENT | 267.25 | 2,941.76 | 1,070.05 | Current Net |
| | | | DUES | 16.55 | 181.88 | .00 | |
| | | | PPO2 EE&CH | 5.01 | 50.10 | 495.99 | 0.00 |
| | | | DNTL EE&CH | 1.54 | 15.40 | 29.58 | |
| | | | SANTANDER | 100.00 | 1,400.00 | .00 | Pay Period Ending |
| | | | INTEGRITY | 75.00 | 450.00 | .00 | |
| TOTALS | 0.00 | 3,563.27 | 1ST NATLBK | 2,429.06 | 24,073.81 | .00 | 5/26/2017 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 2.50 | 2.00 | | | | | Pay Date |
| SICK | 7.50 | 5.50 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 5/26/2017 |
| | | | | | | | Check No |
| | | | Total | 3,563.27 | 36,793.80 | 1,867.71 | |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN, PA 17313-9242

CHECK DATE 5/12/2017

CHECK NO.

AMOUNT $ 2,429.05

PAY THE SUM OF *******2,429 DOLLARS AND 5 CENTS

TO THE ORDER OF
HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,563.27 | FICA | 220.52 | 2,207.26 | 220.52 | 35,659.58 |
| | | | MEDICARE | 51.57 | 516.19 | 51.57 | |
| | | | FED TAX | 246.92 | 2,788.66 | .00 | Current Earnings |
| | | | STATE TAX | 109.19 | 1,092.93 | .00 | 3,563.27 |
| | | | LOCAL TAX | 35.57 | 356.03 | .00 | |
| | | | LOC SVC TX | 2.60 | 26.00 | .00 | |
| | | | UC TAX | 2.49 | 24.92 | .00 | |
| | | | RETIREMENT | 267.25 | 2,674.51 | 1,070.05 | Current Net |
| | | | DUES | 16.56 | 165.33 | .00 | |
| | | | PPO2 EE&CH | 5.01 | 45.09 | 495.99 | 2,429.05 |
| | | | DNTL EE&CH | 1.54 | 13.86 | 29.58 | |
| | | | SANTANDER | 100.00 | 1,300.00 | .00 | Pay Period Ending |
| | | | INTEGRITY | 75.00 | 375.00 | .00 | |
| TOTALS | 0.00 | 3,563.27 | 1ST NATLBK | .00 | 21,644.75 | .00 | 5/12/2017 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 2.50 | 2.00 | | | | | Pay Date |
| SICK | 7.50 | 5.50 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 5/12/2017 |
| | | | | | | | Check No |
| | | | Total | 1,134.22 | 33,230.53 | 1,867.71 | |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN,PA 17313-9242

CHECK DATE  CHECK NO
4/28/2017

AMOUNT  $

P<sub>AY</sub> ****************VOID CHECK***************   

TO THE ORDER OF
HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS - PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,563.27 | FICA | 220.52 | 1,986.74 | 220.52 | 32,096.31 |
| | | | MEDICARE | 51.57 | 464.62 | 51.57 | |
| | | | FED TAX | 246.92 | 2,541.74 | .00 | Current Earnings |
| | | | STATE TAX | 109.19 | 983.74 | .00 | 3,563.27 |
| | | | LOCAL TAX | 35.57 | 320.46 | .00 | |
| | | | LOC SVC TX | 2.60 | 23.40 | .00 | |
| | | | UC TAX | 2.49 | 22.43 | .00 | |
| | | | RETIREMENT | 267.25 | 2,407.26 | 1,070.05 | Current Net |
| | | | DUES | 16.53 | 148.77 | .00 | |
| | | | PPO2 EE&CH | 5.01 | 40.08 | 495.99 | 0.00 |
| | | | DNTL EE&CH | 1.54 | 12.32 | 29.58 | |
| | | | SANTANDER | 100.00 | 1,200.00 | .00 | Pay Period Ending |
| | | | INTEGRITY | 75.00 | 300.00 | .00 | |
| TOTALS | 0.00 | 3,563.27 | M & T BANK | 2,429.08 | 21,644.75 | .00 | 4/28/2017 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 2.50 | 2.00 | | | | | Pay Date |
| SICK | 8.00 | 5.00 | | | | | 4/28/2017 |
| UNKNOWN | 0.00 | 0.00 | | | | | |
| | | | | | | | Check No |
| | | | Total | 3,563.27 | 32,096.31 | 1,867.71 | |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN,PA 17313-9242

CHECK DATE  CHECK NO.
4/14/2017

AMOUNT $ *********



PAY ******************VOID CHECK***************

TO THE ORDER OF

HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,563.27 | FICA | 220.52 | 1,766.22 | 220.52 | 28,533.04 |
| | | | MEDICARE | 51.57 | 413.05 | 51.57 | |
| | | | FED TAX | 246.92 | 2,294.82 | .00 | Current Earnings |
| | | | STATE TAX | 109.19 | 874.55 | .00 | 3,563.27 |
| | | | LOCAL TAX | 35.57 | 284.89 | .00 | |
| | | | LOC SVC TX | 2.60 | 20.80 | .00 | |
| | | | UC TAX | 2.49 | 19.94 | .00 | |
| | | | RETIREMENT | 267.25 | 2,140.01 | 1,070.05 | Current Net |
| | | | DUES | 16.53 | 132.24 | .00 | |
| | | | PPO2 EE&CH | 5.01 | 35.07 | 495.99 | 0.00 |
| | | | DNTL EE&CH | 1.54 | 10.78 | 29.58 | |
| | | | SANTANDER | 100.00 | 1,100.00 | .00 | Pay Period Ending |
| | | | INTEGRITY | 75.00 | 225.00 | .00 | |
| TOTALS | 0.00 | 3,563.27 | M & T BANK | 2,429.08 | 19,215.67 | .00 | 4/14/2017 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 2.50 | 2.00 | | | | | Pay Date |
| SICK | 9.00 | 4.00 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 4/14/2017 |
| | | | | | | | Check No |
| | | | Total | 3,563.27 | 28,533.04 | 1,867.71 |  |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN, PA 17313-9242

CHECK DATE 3/31/2017    CHECK NO.

AMOUNT $ 

P<sub>AY</sub> ********VOID CHECK***************

TO THE ORDER OF    HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,563.27 | FICA | 220.92 | 1,545.70 | 220.92 | 24,969.77 |
| | | | MEDICARE | 51.67 | 361.48 | 51.67 | |
| | | | FED TAX | 248.56 | 2,047.90 | .00 | Current Earnings |
| | | | STATE TAX | 109.39 | 765.36 | .00 | 3,563.27 |
| | | | LOCAL TAX | 35.63 | 249.32 | .00 | |
| | | | LOC SVC TX | 2.60 | 18.20 | .00 | |
| | | | UC TAX | 2.49 | 17.45 | .00 | Current Net |
| | | | RETIREMENT | 267.25 | 1,872.76 | 1,070.05 | |
| | | | DUES | 16.53 | 115.71 | .00 | 0.00 |
| | | | PPO2 EE&CH | .00 | 30.06 | .00 | |
| | | | DNTL EE&CH | .00 | 9.24 | .00 | Pay Period Ending |
| | | | SANTANDER | 100.00 | 1,000.00 | .00 | |
| | | | INTEGRITY | 75.00 | 150.00 | .00 | 3/31/2017 |
| TOTALS | 0.00 | 3,563.27 | M & T BANK | 2,433.23 | 16,786.59 | .00 | |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 2.50 | 2.00 | | | | | Pay Date |
| SICK | 9.00 | 4.00 | | | | | 3/31/2017 |
| UNKNOWN | 0.00 | 0.00 | | | | | |
| | | | | | | | Check No |
| | | | Total | 3,563.27 | 24,969.77 | 1,342.64 | |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN, PA 17313-9242

CHECK DATE 3/17/2017

AMOUNT $ 

P<sub>AY</sub> *************VOID CHECK***************

TO THE ORDER OF
HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,563.27 | FICA | 222.18 | 1,324.78 | 222.18 | 21,406.50 |
| UNASSIGNED TI | 1.25 | 26.88 | MEDICARE | 51.96 | 309.81 | 51.96 | |
| | | | FED TAX | 253.14 | 1,799.34 | .00 | Current Earnings |
| | | | STATE TAX | 110.02 | 655.97 | .00 | 3,590.15 |
| | | | LOCAL TAX | 35.84 | 213.69 | .00 | |
| | | | LOC SVC TX | 2.60 | 15.60 | .00 | |
| | | | UC TAX | 2.51 | 14.96 | .00 | Current Net |
| | | | RETIREMENT | 269.26 | 1,605.51 | 1,078.12 | |
| | | | DUES | 16.53 | 99.18 | .00 | 0.00 |
| | | | PPO2 EE&CH | 5.01 | 30.06 | 495.99 | |
| | | | DNTL EE&CH | 1.54 | 9.24 | 29.58 | |
| | | | SANTANDER | 100.00 | 900.00 | .00 | Pay Period Ending |
| | | | INTEGRITY | 75.00 | 75.00 | .00 | |
| TOTALS | 1.25 | 3,590.15 | M & T BANK | 2,444.56 | 14,353.36 | .00 | 3/17/2017 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 2.50 | 2.00 | | | | | Pay Date |
| SICK | 10.00 | 3.00 | | | | | 3/17/2017 |
| UNKNOWN | 0.00 | 0.00 | | | | | |
| | | | | | | | Check No |
| | | | Total | 3,590.15 | 21,406.50 | 1,877.83 | |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN,PA 17313-9242

CHECK DATE
3/3/2017

CHECK NO. 

AMOUNT $ 

P<sub>AY</sub> ***************VOID CHECK***************

TO THE
ORDER
OF

HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,563.27 | FICA | 220.52 | 1,102.60 | 220.52 | 17,816.35 |
| | | | MEDICARE | 51.57 | 257.85 | 51.57 | |
| | | | FED TAX | 246.92 | 1,546.20 | .00 | Current Earnings |
| | | | STATE TAX | 109.19 | 545.95 | .00 | 3,563.27 |
| | | | LOCAL TAX | 35.57 | 177.85 | .00 | |
| | | | LOC SVC TX | 2.60 | 13.00 | .00 | |
| | | | UC TAX | 2.49 | 12.45 | .00 | |
| | | | RETIREMENT | 267.25 | 1,336.25 | 1,070.05 | Current Net |
| | | | DUES | 16.53 | 82.65 | .00 | |
| | | | PPO2 EE&CH | 5.01 | 25.05 | 495.99 | 0.00 |
| | | | DNTL EE&CH | 1.54 | 7.70 | 29.58 | |
| | | | SANTANDER | .00 | 800.00 | .00 | Pay Period Ending |
| | | | M & T BANK | 2,604.08 | 11,908.80 | .00 | |
| TOTALS | 0.00 | 3,563.27 | | | | | 3/3/2017 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 2.50 | 2.00 | | | | | Pay Date |
| SICK | 10.00 | 3.00 | | | | | 3/3/2017 |
| UNKNOWN | 0.00 | 0.00 | | | | | |
| | | | | | | | Check No |
| | | | Total | 3,563.27 | 17,816.35 | 1,867.71 | |

**DALLASTOWN AREA SCHOOL DISTRICT**
**700 NEW SCHOOL LANE**
**DALLASTOWN,PA 17313-9242**

CHECK DATE    CHECK NO.
2/17/2017

AMOUNT  $  

Pay    ****************VOID CHECK***************

TO THE ORDER OF:
HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS - PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,563.27 | FICA | 220.52 | 882.08 | 220.52 | 14,253.08 |
| | | | MEDICARE | 51.57 | 206.28 | 51.57 | |
| | | | FED TAX | 246.92 | 1,299.28 | .00 | Current Earnings |
| | | | STATE TAX | 109.19 | 436.76 | .00 | 3,563.27 |
| | | | LOCAL TAX | 35.57 | 142.28 | .00 | |
| | | | LOC SVC TX | 2.60 | 10.40 | .00 | |
| | | | UC TAX | 2.49 | 9.96 | .00 | Current Net |
| | | | RETIREMENT | 267.25 | 1,069.00 | 1,070.05 | |
| | | | DUES | 16.53 | 66.12 | .00 | 0.00 |
| | | | PPO2 EE&CH | 5.01 | 20.04 | 495.99 | |
| | | | DNTL EE&CH | 1.54 | 6.16 | 29.58 | |
| | | | PSECU | 200.00 | 800.00 | .00 | Pay Period Ending |
| | | | M & T BANK | 2,404.08 | 9,304.72 | .00 | |
| TOTALS | 0.00 | 3,563.27 | | | | | 2/17/2017 |

| Leave | Balance | Taken YTD |
|---|---|---|
| PERSONAL | 2.50 | 2.00 |
| SICK | 10.00 | 3.00 |
| UNKNOWN | 0.00 | 0.00 |

Pay Date: 2/17/2017

Check No

| | Total | 3,563.27 | 14,253.08 | 1,867.71 |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN, PA 17313-9242

CHECK DATE
2/3/2017



AMOUNT $ *********

P<sub>AY</sub> *****************VOID CHECK***************

TO THE
ORDER
OF
HEATHER L LEHR
700 HILLCREST RD
YORK, PA
17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,563.27 | FICA | 220.52 | 661.56 | 220.52 | 10,689.81 |
| | | | MEDICARE | 51.57 | 154.71 | 51.57 | |
| | | | FED TAX | 246.92 | 1,052.36 | .00 | Current Earnings |
| | | | STATE TAX | 109.19 | 327.57 | .00 | 3,563.27 |
| | | | LOCAL TAX | 35.57 | 106.71 | .00 | |
| | | | LOC SVC TX | 2.60 | 7.80 | .00 | |
| | | | UC TAX | 2.49 | 7.47 | .00 | |
| | | | RETIREMENT | 267.25 | 801.75 | 1,070.05 | Current Net |
| | | | DUES | 16.53 | 49.59 | .00 | |
| | | | PPO2 EE&CH | 5.01 | 15.03 | 495.99 | 0.00 |
| | | | DNTL EE&CH | 1.54 | 4.62 | 29.58 | |
| | | | PSECU | 200.00 | 600.00 | .00 | Pay Period Ending |
| | | | M & T BANK | 2,404.08 | 6,900.64 | .00 | |
| TOTALS | 0.00 | 3,563.27 | | | | | 2/3/2017 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 2.50 | 2.00 | | | | | Pay Date |
| SICK | 10.00 | 3.00 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 2/3/2017 |
| | | | | | | | Check No |
| | | | Total | 3,563.27 | 10,689.81 | 1,867.71 | |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN, PA 17313-9242

CHECK DATE        CHECK NO.
1/20/2017

AMOUNT    $

P<sub>AY</sub> ****************VOID CHECK***************

TO THE    HEATHER L LEHR
ORDER
OF        700 HILLCREST RD
          YORK, PA
          17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS - PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,563.27 | FICA | 220.52 | 441.04 | 220.52 | 7,126.54 |
| | | | MEDICARE | 51.57 | 103.14 | 51.57 | |
| | | | FED TAX | 402.72 | 805.44 | .00 | Current Earnings |
| | | | STATE TAX | 109.19 | 218.38 | .00 | 3,563.27 |
| | | | LOCAL TAX | 35.57 | 71.14 | .00 | |
| | | | LOC SVC TX | 2.60 | 5.20 | .00 | |
| | | | UC TAX | 2.49 | 4.98 | .00 | |
| | | | RETIREMENT | 267.25 | 534.50 | 1,070.05 | Current Net |
| | | | DUES | 16.53 | 33.06 | .00 | |
| | | | PPO2 EE&CH | 5.01 | 10.02 | 495.99 | 0.00 |
| | | | DNTL EE&CH | 1.54 | 3.08 | 29.58 | |
| | | | PSECU | 200.00 | 400.00 | .00 | Pay Period Ending |
| | | | M & T BANK | 2,248.28 | 4,496.56 | .00 | |
| TOTALS | 0.00 | 3,563.27 | | | | | 1/20/2017 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 2.50 | 2.00 | | | | | Pay Date |
| SICK | 12.00 | 1.00 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 1/20/2017 |
| | | | | | | | Check No |
| | | | Total | 3,563.27 | 7,126.54 | 1,867.71 | |

DALLASTOWN AREA SCHOOL DISTRICT
700 NEW SCHOOL LANE
DALLASTOWN,PA 17313-9242

CHECK DATE     CHECK NO.
1/6/2017

AMOUNT   $ 

P<sub>AY</sub> ***************VOID CHECK***************

TO THE
ORDER
OF
   HEATHER L LEHR
   700 HILLCREST RD
   YORK, PA
   17403

CREATED BY EMPLOYEE ACCESS CENTER

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

| Earnings | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|
| REG PAY TEACH | | 3,563.27 | FICA | 220.52 | 220.52 | 220.52 | 3,563.27 |
| | | | MEDICARE | 51.57 | 51.57 | 51.57 | |
| | | | FED TAX | 402.72 | 402.72 | .00 | |
| | | | STATE TAX | 109.19 | 109.19 | .00 | Current Earnings |
| | | | LOCAL TAX | 35.57 | 35.57 | .00 | 3,563.27 |
| | | | LOC SVC TX | 2.60 | 2.60 | .00 | |
| | | | UC TAX | 2.49 | 2.49 | .00 | |
| | | | RETIREMENT | 267.25 | 267.25 | 1,070.05 | Current Net |
| | | | DUES | 16.53 | 16.53 | .00 | |
| | | | PPO2 EE&CH | 5.01 | 5.01 | 495.99 | 0.00 |
| | | | DNTL EE&CH | 1.54 | 1.54 | 29.58 | |
| | | | PSECU | 200.00 | 200.00 | .00 | Pay Period Ending |
| | | | M & T BANK | 2,248.28 | 2,248.28 | .00 | |
| TOTALS | 0.00 | 3,563.27 | | | | | 1/6/2017 |
| Leave | Balance | Taken YTD | | | | | |
| PERSONAL | 2.50 | 2.00 | | | | | Pay Date |
| SICK | 12.00 | 1.00 | | | | | |
| UNKNOWN | 0.00 | 0.00 | | | | | 1/6/2017 |
| | | | | | | | Check No |
| | | | Total | 3,563.27 | 3,563.27 | 1,867.71 |  |