UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  HEATHER L LEHR

       Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
       Movant

vs.

HEATHER L LEHR

CASE NO: 1-17-03926-HWV

       Respondent(s)

# WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on November 1, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for failure to

– provide PROOF OF CREDIT COUNSELING,

filed on or about October 18, 2017 be withdrawn. The default has been cured.

Respectfully Submitted,
/s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: November 1, 2017

IN RE:   HEATHER L LEHR

| | |
|---|---|
| Debtor(s) | |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13 |
| HEATHER L LEHR | CASE NO: 1-17-03926-HWV |
| Respondent(s) | |

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for Debtor, has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on November 1, 2017.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on November 1, 2017.

HEATHER L LEHR
700 HILLCREST RD
YORK, PA  17403

CHAD J. JULIUS
UPRIGHT LAW, LLC
8150 DERRY ST, STE A
HARRISBURG, PA  17111-

        Respectfully Submitted,
        /s/ Vickie Williams
        for Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA  17036
        Phone:  (717) 566-6097

Dated:  November 1, 2017