## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  HEATHER L. LEHR           :        CASE NO.:   1:17-bk-03926-HWV
                                  :
                                  :        CHAPTER 13

### DEBTOR'S MOTION TO AUTHORIZE WAGE ATTACHMENT

**AND NOW COMES**, Debtor, Heather Lehr, by and through her attorneys, Jacobson & Julius, and hereby files this Motion to Authorize Wage Attachment and in support thereof states as follows:

1. Debtor filed a Chapter 13 Petition on or about September 22, 2017.

2. Debtor receives regular income from employment at the Dallastown Area School District that may be attached under 11 U.S.C § 1326 to fund Debtor's Chapter 13 Plan.

3. The likelihood of success in this case will be much greater if Debtor's income is attached to fund the plan.

4. Debtor consents to the wage attachment.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order directing the above-mentioned employer to pay the Chapter 13 Trustee in the amount set forth in the attached *Order*.

Respectfully Submitted,

JACOBSON & JULIUS

Dated: November 1, 2017

s/Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858
717.909.7788 [fax]

## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HEATHER L. LEHR  :  CASE NO.:  1:17-bk-03926-HWV
: 
:  CHAPTER 13

## DEBTOR'S CONSENT TO
## VOLUNTARY WAGE ATTACHMENT

I, Heather L. Lehr, do hereby consent to an attachment of my wages for the purpose of funding my Chapter 13 Plan.

Date: October 31, 2017                                                s/Heather L Lehr

# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HEATHER L. LEHR : CASE NO.: 1:17-bk-03926-HWV
: 
: CHAPTER 13

**PROOF OF SERVICE**

**AND NOW**, this 1st day of November, 2017, I, Tiffany Ramsey, with Jacobson & Julius, attorneys for the Debtor, hereby certify that on this day I served the within *Motion to Authorize Wage Attachment* upon the following persons by forwarding the same via CM/ECF or first class mail–

Charles J. DeHart, III, Esq.  Office of U.S. Trustee
8125 Adams Drive  POB 969
Hummelstown, PA 17036  Harrisburg, PA 17108.0969

Attn: Jodi Schuer
Payroll Supervisor
Dallastown Area School District
700 New School Lane
Dallastown, Pennsylvania 17313

By: s/Tiffany Ramsey
Tiffany Ramsey, Paralegal

# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   HEATHER L. LEHR          :     CASE NO.:   1:17-bk-03926-HWV
                                  :
                                  :     CHAPTER 13

## ORDER

**UPON CONSIDERATION** of the above-referenced Debtor having filed a *Petition* under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further *Order* of this Court, the entity from whom Debtor receives income:

> Attn: Jodi Schuer
> Payroll Supervisor
> Dallastown Area School District
> 700 New School Lane
> Dallastown, Pennsylvania 17313

should deduct from said Debtor's income the sum of **$143.00 from each bi-weekly paycheck**, beginning on the next pay day following receipt of this *Order* and deduct a similar amount each pay period thereafter, including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

> Charles J. DeHart, III
> Standing Chapter 13 Trustee
> POB 7005
> Lancaster, PA 17604

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income shall notify the above listed Trustee if Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income will place the Bankruptcy Case Number [1:17-bk-03926- HWV] and the name of Debtor on all checks being forwarded to the above listed Trustee to ensure proper accounting of the funds.