```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                           Case No. 17-03926-HWV
Heather L Lehr                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: LyndseyPr           Page 1 of 1           Date Rcvd: Nov 01, 2017
                               Form ID: pdf010           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.
db          +Heather L Lehr,   700 HILLCREST RD,   York, PA 17403-4112
            +Payroll Supervisor,   Dallastown Area School District,   700 New School Lane,
              Dallastown, Pennsylvania 17313-9242,   Attn: Jodi Schuer

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
          Chad James Julius    on behalf of Debtor 1 Heather L Lehr cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4

IN RE: HEATHER L. LEHR : CASE NO.: 1:17-bk-03926-HWV
:
: CHAPTER 13

## ORDER

**UPON CONSIDERATION** of the above-referenced Debtor having filed a *Petition* under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further *Order* of this Court, the entity from whom Debtor receives income:

Attn: Jodi Schuer
Payroll Supervisor
Dallastown Area School District
700 New School Lane
Dallastown, Pennsylvania 17313

should deduct from said Debtor's income the sum of **$143.00 from each bi-weekly paycheck**, beginning on the next pay day following receipt of this *Order* and deduct a similar amount each pay period thereafter, including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

Charles J. DeHart, III
Standing Chapter 13 Trustee
POB 7005
Lancaster, PA 17604

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income shall notify the above listed Trustee if Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that the entity from whom Debtor receives income will place the Bankruptcy Case Number [1:17-bk-03926- HWV] and the name of Debtor on all checks being forwarded to the above listed Trustee to ensure proper accounting of the funds.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge
(KB)

Dated: November 1, 2017