UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HEATHER L LEHR

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

HEATHER L LEHR

    Respondent(s)

CHAPTER 13

CASE NO: 1-17-03926-HWV

## WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on November 6, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for failure to

– file FORM 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD,
– file FORM 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME,
– file CHAPTER 13 PLAN,

filed on or about October 18, 2017 be withdrawn. The default has been cured.

Respectfully Submitted,
/s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 6, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HEATHER L LEHR

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

HEATHER L LEHR

CHAPTER 13

CASE NO: 1-17-03926-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for Debtor, has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on November 6, 2017.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on November 6, 2017.

HEATHER L LEHR
700 HILLCREST RD
YORK, PA  17403

CHAD J. JULIUS
UPRIGHT LAW, LLC
8150 DERRY ST, STE A
HARRISBURG, PA  17111-

Respectfully Submitted,
/s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  November 6, 2017