In re:  Case No. 17-03926-HWV

Heather L Lehr  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke Page 1 of 5
Date Rcvd: Dec 15, 2022 Form ID: 3180W Total Noticed: 73

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather L Lehr, 700 HILLCREST RD, York, PA 17403-4112 |
| cr | | Discover Student Loans, PO BOX 6107, Carol Stream, IL 60197-6107 |
| 4971353 | + | United States Senate F, 2750 Eisenhower Ave, Alexandria, VA 22314-4553 |
| 5012456 | + | York Hospital, 1001 S. George St, York, PA 17403-3645 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Dec 15 2022 18:50:00 | ECMC, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 4971291 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 15 2022 18:50:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 4971290 | + | Email/Text: bncnotifications@pheaa.org | Dec 15 2022 18:50:00 | Aes/slm Trust, Pob 61047, Harrisburg, PA 17106-1047 |
| 5007889 | | Email/PDF: bncnotices@becket-lee.com | Dec 15 2022 19:04:41 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4971292 | + | Email/PDF: bncnotices@becket-lee.com | Dec 15 2022 19:04:33 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 4971293 | + | EDI: BANKAMER.COM | Dec 15 2022 23:53:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 5007780 | + | EDI: BANKAMER2.COM | Dec 15 2022 23:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4971294 | + | EDI: TSYS2 | Dec 15 2022 23:53:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 4971297 | + | EDI: CAPITALONE.COM | Dec 15 2022 23:53:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 4971296 | + | EDI: CAPITALONE.COM | Dec 15 2022 23:53:00 | Capital One, General Correspondence, Po Box 30285, Salt lake City, UT 84130-0285 |
| 4998474 | | Email/PDF: bncnotices@becket-lee.com | Dec 15 2022 19:04:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4971299 | + | Email/Text: bankruptcy@cavps.com | Dec 15 2022 18:50:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 4994744 | + | Email/Text: bankruptcy@cavps.com | Dec 15 2022 18:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4971303 | + | EDI: CITICORP.COM | Dec 15 2022 23:53:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5000891 | | EDI: Q3G.COM | Dec 15 2022 23:53:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 4971305 | + | EDI: CITICORP.COM | Dec 15 2022 23:53:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 4971306 | + | EDI: CITICORP.COM | Dec 15 2022 23:53:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 4971307 | + | EDI: WFNNB.COM | Dec 15 2022 23:53:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4971308 | | EDI: WFNNB.COM | Dec 15 2022 23:53:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 4971309 | + | EDI: WFNNB.COM | Dec 15 2022 23:53:00 | Comenity Bank/Fashion Bug, Po Box 182125, Columbus, OH 43218-2125 |
| 4971310 | + | EDI: WFNNB.COM | Dec 15 2022 23:53:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4971311 | + | EDI: WFNNB.COM | Dec 15 2022 23:53:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4971313 | + | EDI: WFNNB.COM | Dec 15 2022 23:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4971312 | + | EDI: WFNNB.COM | Dec 15 2022 23:53:00 | Comenity Bank/nwyrk&co, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 4971314 | + | EDI: WFNNB.COM | Dec 15 2022 23:53:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 4971315 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 15 2022 18:54:16 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 4975840 | | EDI: DISCOVER.COM | Dec 15 2022 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4971316 | + | EDI: DISCOVER.COM | Dec 15 2022 23:53:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 4975928 | + | EDI: DISCOVERSL.COM | Dec 15 2022 23:53:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 4971317 | + | EDI: DISCOVERSL.COM | Dec 15 2022 23:53:00 | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 5084267 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 15 2022 18:50:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5084268 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 15 2022 18:50:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4971318 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 15 2022 18:50:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 4972125 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 15 2022 18:50:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 4971319 | | EDI: IRS.COM | Dec 15 2022 23:53:00 | Internal Revenue Service, 1111 Constitution Ave, Washington, DC 20224 |
| 4971301 | | EDI: JPMORGANCHASE | Dec 15 2022 23:53:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 4971320 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Dec 15 2022 18:50:00 | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 4971321 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 15 2022 18:50:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5009958 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 18:54:20 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4971323 | | Email/Text: camanagement@mtb.com | Dec 15 2022 18:50:00 | M & T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 4971322 | | Email/Text: camanagement@mtb.com | Dec 15 2022 18:50:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 4983398 | | Email/Text: camanagement@mtb.com | Dec 15 2022 18:50:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 4991744 | + | Email/Text: camanagement@mtb.com | Dec 15 2022 18:50:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5006201 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2022 18:50:00 | Midland Funding, LLC, Midland Credit Management, Inc. as agent, Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4971324 | + | Email/Text: bnc@nordstrom.com | Dec 15 2022 18:50:10 | Nordstrom Fsb, Correspondence, Po Box 6555, Englewood, CO 80155-6555 |
| 4971325 | + | Email/Text: bankruptcynotices@psecu.com | Dec 15 2022 18:50:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 4983516 | + | Email/Text: bncnotifications@pheaa.org | Dec 15 2022 18:50:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 4971332 | | EDI: PRA.COM | Dec 15 2022 23:53:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 4982596 | | EDI: PRA.COM | Dec 15 2022 23:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4971597 | + | EDI: RECOVERYCORP.COM | Dec 15 2022 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5012338 | | EDI: Q3G.COM | Dec 15 2022 23:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4971333 | + | Email/Text: bkdepartment@rtresolutions.com | Dec 15 2022 18:50:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 4971334 | + | EDI: CITICORP.COM | Dec 15 2022 23:53:00 | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 4971335 | + | EDI: RMSC.COM | Dec 15 2022 23:53:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 4971336 | + | EDI: RMSC.COM | Dec 15 2022 23:53:00 | Syncb/wolf Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4971337 | + | EDI: RMSC.COM | Dec 15 2022 23:53:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4971338 | + | EDI: RMSC.COM | Dec 15 2022 23:53:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4971339 | + | EDI: RMSC.COM | Dec 15 2022 23:53:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4971342 | + | EDI: RMSC.COM | Dec 15 2022 23:53:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4971343 | + | EDI: RMSC.COM | Dec 15 2022 23:53:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4971344 | + | EDI: RMSC.COM | Dec 15 2022 23:53:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4971346 | + | EDI: RMSC.COM | Dec 15 2022 23:53:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | Notice Type | Date | Recipient |
|---|---|---|---|
| 4971348 | + EDI: RMSC.COM | Dec 15 2022 23:53:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4971350 | + EDI: RMSC.COM | Dec 15 2022 23:53:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4971351 | + EDI: RMSC.COM | Dec 15 2022 23:53:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 5013067 | + Email/Text: bncmail@w-legal.com | Dec 15 2022 18:50:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 4971352 | + EDI: WTRRNBANK.COM | Dec 15 2022 23:53:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 4971354 | + EDI: WFFC2 | Dec 15 2022 23:53:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 5014029 | Email/PDF: bncnotices@becket-lee.com | Dec 15 2022 19:04:41 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 69

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4971295 | *+ | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 4971298 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 4971300 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 4971304 | *+ | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 4971302 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 4971326 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 4971327 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 4971328 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 4971329 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 4971330 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 4971331 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 4971340 | *+ | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4971341 | *+ | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4971345 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4971347 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4971349 | *+ | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Chad James Julius | on behalf of Debtor 1 Heather L Lehr cjulius@ljacobsonlaw.com  brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Heather L Lehr <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9975 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17-bk-03926-HWV | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Heather L Lehr

**By the court:**  *Henry W. Van Eck* (signature)

12/15/22

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W          **Chapter 13 Discharge**          page 2