Fill in this information to identify the Fill in this information to identify the case:

Debtor 1    Heather L. Lehr

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   17-03926 HWV

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T Bank

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 8342

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2022

**New total payment:**    $1455.86
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $485.67    New escrow payment: $535.65

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Case 1:17-bk-03926-HWV   Doc   Filed 11/09/22   Entered 11/09/22 15:26:53   Desc
Document ID: 9bf9e202179e034e1ec5a41b255c151e6d4d0490f1ade83d133a140c28c92f27
Main Document    Page 1 of 2

Debtor(s)  <u>Heather L. Lehr</u> Case number (*if known*) <u>17-03926 HWV</u>
          First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Denise Carlon*
   Signature

Print: Denise Carlon
01 Nov 2022, 17:44:38, EDT

Date 11/01/2022

Title <u>Attorney for Creditor</u>

Company <u>KML Law Group, P.C.</u>

Address <u>701</u>   <u>Market Street, Suite 5000</u>
        Number    Street
Philadelphia,                PA   19106
City                          State   ZIP Code

Contact phone (215) 627–1322    Email bkgroup@kmllawgroup.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2

Case 1:17-bk-03926-HWV   Doc   Filed 11/09/22   Entered 11/09/22 15:26:53   Desc
Document ID: 9bf9e202179e034e1ec5a41b255c151e6d4d0490f1ade83d133a140c28c92f27
Main Document    Page 2 of 2