IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heather L. Lehr<br>**Debtor**<br><br>M&T Bank<br>**Movant**<br>vs.<br><br>Heather L. Lehr<br>**Debtor**<br><br>Jack N. Zaharopoulos, Esq.<br>**Trustee** | BK NO. 17-03926 HWV<br><br>Chapter 13<br><br>Related to Claim No. 6 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 9, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
Heather L. Lehr
700 Hillcrest Road
York, PA 17403

<u>Attorney for Debtor</u>
Chad J. Julius, Esq.
8150 Derry Street (VIA ECF)
Suite A
Harrisburg, PA 17111

<u>Trustee</u>
Jack N. Zaharopoulos, Esq.
8125 Adams Drive (VIA ECF)
Hummelstown, PA 17036

Method of Service: Electronic means or first-class mail.

Dated: <u>November 9, 2022</u>

                                                         **/s/ Denise Carlon**
                                                         Denise Carlon, Esq.
                                                         Attorney I.D. 317226
                                                         KML Law Group, P.C.
                                                         BNY Mellon Independence Center
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA 19106
                                                         201-549-2363
                                                         dcarlon@kmllawgroup.com